**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Roland ADAMS, Defendant–Appellant.**

**No. 07–10382.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 14, 2009.*

Filed Sept. 30, 2009.

Daniel S. McConkie, Assistant U.S., United States Attorney's Office, Sacramento, CA, for Plaintiff–Appellee.

Roland Adams, Lumpkin, GA, pro se.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SILVERMAN, RAWLINSON, and CLIFTON, Circuit Judges.

MEMORANDUM **

Roland Adams appeals from the district court's order, upon remand, in which it ruled that $199,670.15 was subject to forfeiture, and in which it denied several post-conviction motions. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Adams' counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. The appellant has filed a pro se supplemental brief and several pro se motions. The government has filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal related to the forfeiture.

We lack jurisdiction to reach the contentions raised in Adams' pro se brief regarding his conviction and sentence because the district court's order directing him to raise those issues in a 28 U.S.C. § 2255 motion is not an appealable final decision. *See* 28 U.S.C. § 1291.

The appellant's pending motions are **DENIED.**

Counsel's motion to withdraw is **GRANTED,** and the district court's order is **AFFIRMED.** However, we **REMAND** to the district court for the limited purpose of correcting the amended judgment to clarify that it incorporates the amended preliminary order of forfeiture, filed June

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

5, 2007, rather than the original order, filed October 10, 2003.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-